# AFFIDAVIT OF SERVICE

INDEX NO: 20cv1186

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Attorneys: ARTHUR H. FORMAN  Ph: 718 268-2616  File No: 20AF002
Address: 98-20 METROPOLITAN AVENUE, FOREST HILLS, NY 11375

JASWINDER KAUR                                                      PLAINTIFF(S)
-against-
RAJENDRASINH JHALA d/b/a NILA'S EYEBROW CENTER,    DEFENDANT(S)
And NILAM R. JHALA

STATE OF NEW YORK, COUNTY OF QUEENS, SS:

I, **PANAGIOTIS ANTIARIS**, being duly sworn, deposes and says that deponent is not a party to this proceeding, is over the age of 18 years and resides in the State of New York. That on **3/11/20** at: **10:40 AM** deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT** on **NILAM R JHALA** defendant therein named at **80-03 37TH AVENUE, JACKSON HEIGHTS, NY 11372**

INDIVIDUAL BY PERSONAL DELIVERY

**X**

Deponent served the legal paper(s) noted above at the above address by personally delivering a true copy of each paper to said individual upon the above named individual. Deponent knew the individual so served to be the person described as said respondent above. Deponent identified (her)him as such, based on statement of the individual served.

DESCRIPTION OF RECIPIENT

**X**

Sex: **F**  Skin: **BROWN**  Hair: **BLACK**  Age: **EARLY 50'S**
Height: **5'3"**  Weight: **145 LBS**  Other Identifying Features: _____

Panagiotis Antiaris
Lic# 1249148

Sworn to before me on: 3/12/2020

ATHANASIA CHRISOMALLIDES
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CH6262541
Qualified In Queens County
My Commission Expires 05-29-2020